# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Jesus Magallan<br><br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:16-cv-03166-RHW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulated Motion for Remand, ECF No. 18, GRANTED. Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on parties' Stipulated Motion for for Remand, ECF No. 18, GRANTED.

Date: 5/19/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler